# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE ANN BISTLINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, doing business in the state of California, FEDERAL HOME LOAN MORTGAGE CORPORATION and DOES 1-30,<br><br>Defendant. | Case No. 2:18-cv-08995-MWF-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br><br>Trial Date: February 25, 2020 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

Attached hereto are the parties' signature pages to the Protective Order.

**IT IS SO ORDERED.**

DATED: October 23, _____, 2019

*/s/ Paul L. Abrams*
Paul L. Abrams,
United States Magistrate Judge

that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material.

## 14. VIOLATION OF ORDER

Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 21, 2019         LAW OFFICES OF ANDREW JAY
                                KULICK


                                By: __[1]_____
                                    ANDREW JAY KULICK
                                Attorneys for Plaintiff,
                                **KRISTINE ANN BISTLINE**


DATED: October 21, 2019         WOLFE & WYMAN LLP


                                By: __/s/ Kelly Andrew Beall_____
                                    STUART B. WOLFE
                                    KELLY ANDREW BEALL
                                Attorneys for Defendants,
                                **DITECH FINANCIAL LLC and
                                FEDERAL HOME LOAN
                                MORTGAGE CORPORATION**

---

[1]     On October 21, 2019, Plaintiff's counsel sent an e-mail to Freddie Mac's counsel approving the Stipulated Protective Order and authorizing the filing of the Stipulated Protective Order without his signature.

that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material.

**14.  VIOLATION OF ORDER**

Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 21, 2019         LAW OFFICES OF ANDREW JAY KULICK

By: *[signature]*
ANDREW JAY KULICK
Attorneys for Plaintiff,
**KRISTINE ANN BISTLINE**

DATED: October 21, 2019         WOLFE & WYMAN LLP

By:  */s/ Kelly Andrew Beall*
STUART B. WOLFE
KELLY ANDREW BEALL
Attorneys for Defendants,
**DITECH FINANCIAL LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION**

---

[1]  On October 21, 2019, Plaintiff's counsel sent an e-mail to Freddie Mac's counsel approving the Stipulated Protective Order and authorizing the filing of the Stipulated Protective Order without his signature.