Andrew Jay Kulick, Esq, State Bar Number: 134567
c/o LAW OFFICES OF ANDREW JAY KULICK
21704 West Golden Triangle Road, Suite 312
Saugus, California 91350
Telephone/Fax: (661) 253-1543
E-mail: ajkrams@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE ANN BISTLINE <br><br> Plaintiff(s), <br><br> v. <br><br> DITECH FINANCIAL LLC, et al <br><br> Defendant(s). | CASE NUMBER <br><br> 2:18-cv-08995-MWF (PLAx) <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING under the following terms and conditions as set forth in the Attachment, attached to this form. is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff, KRISTINE ANN BISTLINE, (See: Attachment)_____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

06/12/2020
Date

_[signature]_
Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

*BISTLINE v. DITECH, et al*

2:18-cv-08995-MWF (PLAx)

## ATTACHMENT TO NOTICE OF DISMISSAL PURSUENT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

Form CV-09 (03/10)

1) On February 15, 2019, Defendant, DITECH FINANCIAL caused to be filed in the present matter a Notice of Bankruptcy to inform the Court and the parties of Ditech's bankruptcy cases and the automatic stay imposed by section 362 of the Bankruptcy Code;

2) On September 26, 2019, the Bankruptcy Court entered the Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors approving the terms of the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors;

3) The Plan contains a permanent injunction that specifically prohibits parties from, among other thing, taking actions inconsistent with the Plan, including, as relevant here, forever prosecuting any action against Ditech for monetary recovery on account of any claims arising prior to the closing of the transactions under the Plan—September 30, 2019;

4) Therefore, in this matter all claims and all causes of action seeking monetary damages being the Sixth and Seventh causes of action are dismissed

without prejudice as to defendant, DITECH FINANCIAL LLC; however all the other causes of action seeking equitable or injunctive relief against DITECH FINANCIAL, LLC remain.

Dated: June 12, 2020

LAW OFFICES OF ANDREW JAY KULICK

/s/ _____
Andrew Jay Kulick, Esq.
Attorney for Plaintiff, KRISTINE ANN BISTINE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action; my business address is 21704 West Golden Triangle Road, Suite 312, Saugus, California, 91350-2617.

On June 12, 2020, I served the foregoing document described as:

**NOTCIE OF DISMISSAL PURUSINT TO FEDERL RULES OF CIVIL PROCEDURE 41 (a) or (c) WITH ATTACMENT**

on the interested party or parties in this action as noted below:

Kelly Andrew Beall or Stuart B. Wolfe
℅ WOLFE & WYMAN LLP

____ I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Saugus, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__X__ (By Electronic Mail) I hereby certify that I electronically transmitted the documents listed above to the United States District Court using the CM/ECF system for filing and service. Upon completion a receipt is electronically mailed to my office by ECF which is maintained in my office with the original documents listed above

____ (By Personal Service) Such envelope was delivered by hand to the above addressee.

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

__X__ (FEDERAL) I declare under penalty of perjury that the above is true and correct.

Executed on June 12, 2020 at Saugus, California.

*Andrew Jay Kulick, Esq.*